**3-25-09 MOTION GRANTED. ALL THE DEFENDANTS ARE REFERRED TO THE PRETRIAL PROB ATION OFFICE FOR DETERMINATION OF ELIGIBILITY TO THE PRETRIAL DIVERSION PROGRAM. THE U. S. ATTORNEY SHALL NOTIFY THE COURT IF ELIGIBILITY IS SUITABLE FOR THE DEFENDANTS.**

**THE REFERRAL TO THE MAGISTRATE JUDGE IS TERMINATED.**

s/Ann Aldrich
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:08CR211 |
| Plaintiff, | ) | JUDGE ALDRICH |
| v. | ) | UNITED STATES OF AMERICA'S MOTION TO REFER THE |
| ERIC JOHANNSEN, ET AL., | ) | DEFENDANTS TO PRETRIAL SERVICES TO DETERMINE ELIGIBILITY FOR |
| Defendants. | ) | PRETRIAL DIVERSION PROGRAM |

Now comes the United States of America, by its counsel, William J. Edwards, United States Attorney, and Robert W. Kern, Assistant U.S. Attorney, and hereby notifies the Court that the United States Attorney has approved Pretrial Diversion Agreements for defendants, Eric Johannsen, Joseph Sorg, Eric Bertrand and David Eckman.

Accordingly, the United States respectfully moves the Court for an Order referring the defendants to the Pretrial Services and Probation Office for the Northern District of Ohio, to determine the defendants' eligibility for participation in the Pretrial Diversion Program, and to permit the parties to finalize other details pertaining to the agreement.